George C. Miller (SBN 259905)
Katherine S. Bowles (SBN 272704)
SHUSTAK REYNOLDS & PARTNERS, P.C.
401 West A Street, Suite 2250
San Diego, CA 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290
Email: gmiller@shufirm.com
         kbowles@shufirm.com

*Attorneys for Defendants Melissa Goeke,
Tobias Kurzke, Greg Hoffmeyer, Genevieve Fay,
Katalin Spencer, Keith Brock, Charles Guibord, Jr.,
and Joseph Ciccanesi*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| CARL ZEISS MEDITEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOPCON MEDICAL SYSTEMS, INC., TOPCON HEALTHCARE SOLUTIONS, INC., TOBIAS KURZKE, GREG HOFFMEYER, GENEVIEVE FAY, KATALIN SPENCER, KEITH BROCK, CHARLES GUIBORD, JR., JOSEPH CICCANESI, MELISSA GOEKE, AND DOES 1-50, <br><br> Defendants. | Case No. 4:19-cv-04162 SBA <br><br> **EMPLOYEE DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT NOVEMBER 21, 2019 DISCOVERY HEARING** <br><br> Hearing Date: November 21, 2019 <br> Time: 9:30 a.m. <br> Mag. Judge Laurel Beeler |

Defendants Goeke, Kruzke, Hoffmeyer, Fay, Spencer, Brock, Guibord, Jr., and Ciccanesi ("Employee Defendants") respectfully request that the Court permit counsel for Employee Defendants to appear telephonically at the discovery hearing scheduled for Thursday, November 21, 2019 at 9:30 a.m., as counsel is located in San Diego and the notice from the clerk setting the hearing in San Francisco was filed this morning.

Dated: November 20, 2019

SHUSTAK REYNOLDS & PARTNERS, P.C.

By: */s/ George C. Miller*
GEORGE C. MILLER
KATHERINE S. BOWLES

Attorneys for Defendants
MELISSA GOEKE, TOBIAS KURZKE, GREG HOFFMEYER, GENEVIEVE FAY, KATALIN SPENCER, KEITH BROCK, CHARLES GUIBORD, JR., AND JOSEPH CICCANESI