# EXHIBIT 3

DOCUMENT PROPOSED
TO BE FILED UNDER
SEAL IN ITS ENTIRETY