1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13

CARL ZEISS MEDITEC, INC.,

Case No.  4:19-cv-04162-SBA

14

Plaintiff,

**ORDER GRANTING JOINT STIPULATION TO AMEND TRIAL DATES**

15

v.

AS MODIFIED BY THE COURT

16

TOPCON MEDICAL SYSTEMS, INC., TOPCON HEALTHCARE SOLUTIONS, INC., TOBIAS KURZKE, GREG HOFFMEYER, GENEVIEVE FAY, KATALIN SPENCER, TERRY KEITH BROCK, CHARLES GUIBORD, JR., JOSEPH CICCANESI, AND MICHAEL CHEN,

17

18

19

Defendants.

20

21

22

        Based on the papers submitted herein and for good cause shown, the Court grants Plaintiff

23

Carl Zeiss Meditec, Inc. ("Zeiss") and Defendants Topcon Healthcare Solutions, Inc. and Topcon

24

Medical Systems, Inc. (collectively "Topcon") and Defendants Tobias Kurzke, Greg Hoffmeyer,

25

Genevieve Fay, Katalin Spencer, Terry Keith Brock, Charles Guibord, Jr., Joseph Ciccanesi, and

26

Michael Chen (collectively "Employee Defendants") Joint Stipulation to Amend Trial Dates.

27

        The following dates are hereby modified as ORDERED:

28

- 1 -

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures and Reports | June 15, 2021 | Friday, September 3, 2021 |
| Rebuttal Expert Disclosure and Report | July 13, 2021 (28 days after preceding event) | Friday, October 1, 2021 |
| Expert Discovery Cut-Off | August 10, 2021 (28 days after preceding event) | Friday, October 29, 2021 |
| Deadline for Dispositive Motion | September 8, 2021 (29 days after preceding event) | Tuesday, November 23, 2021 |
| Dispositive Motion Hearing Date | October 13, 2021 (35 days after preceding event) | Wednesday, January 12, 2022 |
| Pretrial Statement Trial Briefs Findings of Fact Witness Lists Exhibit Lists Discovery Designations Proposed Jury Instructions Proposed Jury Voir Dire Proposed Verdict Forms | December 15, 2021 (63 days after preceding event) | Tuesday, March 1, 2022 |
| Motions in Limine Due - Objections to Evidence Objections to Separately Proposed Jury Instructions | January 5, 2022 (21 days after preceding event) | Tuesday, March 22, 2022 |
| Oppositions to Motions in Limine Responses to Objections to Evidence | January 12, 2022 (7 days after preceding event) | Tuesday, March 29, 2022 |
| Replies for Motion in Limine Objections to Evidence (Optional) | January 19, 2022 (7 days after preceding event) | Tuesday, April 5, 2022 |
| Pretrial Conference – 2nd Wednesday each month (Dkt. No. 263) | February 9, 2022 (21 days after preceding event) | Wednesday, May 11, 2022 |
| Trial Date (6-7 days) | February 22, 2022 (13 days after preceding event) | Monday, May 23, 2022 |

- 2 -

1        IT IS SO ORDERED.

2    DATED:  6/10/2021

3    _____
     SAUNDRA BROWN ARMSTRONG
     Senior United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

ORDER
CASE NO. 4:19-cv-04162-SBA