UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL ZEISS MEDITEC, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TOPCON MEDICAL SYSTEMS, INC, TOPCON HEALTHCARE SOLUTIONS, INC., TOPCON CORPORATION, TOBIAS KURZKE, GREG HOFFMEYER, GENEVIEVE FAY, KATALIN SPENCER, TERRY KEITH BROCK, CHARLES GUIBORD, JR., JOSEPH CICCANESI, AND MICHAEL CHEN,<br><br>　　　　　　　Defendants. | Case No.  4:19-cv-04162-SBA<br><br>**ORDER GRANTING PLAINTIFF CARL ZEISS MEDITEC INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

- 2 -

Based on the papers submitted herein and for the compelling reasons shown, the Court hereby GRANTS Plaintiff Carl Zeiss Meditec, Inc.'s ("Zeiss") Administrative Motion to File Document Under Seal the un-redacted version of the Motion for Order to Show Cause Regarding Preliminary Injunction and Exhibits A-B, D-F.

| Exhibit | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| Motion for Order to Show Cause Regarding Preliminary Injunction | Pages 5:12-25, 6:5-26, 7:1-25, and 12:1-3; | References confidential, business information designated by Defendants on the face of the documents cited as Exhibits |
| Exhibit A | Entire document | References deposition testimony designated by Defendants as confidential |
| Exhibit B | Entire document | References information designated by Defendants on the face of the document as "Highly Confidential – Competitive" |
| Exhibit D | Entire document | References CZMI confidential customer and pricing information |
| Exhibit E | Entire document | References information designated by Defendants on the face of the document as "Highly Confidential – Competitive" |
| Exhibit F | Entire Document | References information designated by Defendants on the face of the document as "Highly Confidential – Competitive" |

IT IS SO ORDERED.

Dated: 6/10/2022

*Saundra B Armstrong* RS
Richard Seebrog for Saundra Brown Armstrong
United States District Judge