1  JASON A. GELLER (SBN 168149)
   E-Mail: jgeller@fisherphillips.com
2  PAUL GRECO, *admitted pro hac vice*
   E-Mail: pgreco@fisherphillips.com
3  ANTHONY M. ISOLA (SBN 274987)
   E-Mail: aisola@fisherphillips.com
4  BRANDON K. KAHOUSH (SBN 311560)
   E-Mail: bkahoush@fisherphillips.com
5  **FISHER & PHILLIPS LLP**
   One Embarcadero Center, Suite 2050
6  San Francisco, California 94111
   Telephone: (415) 490-9000
7  Facsimile: (415) 490-9001

8  STEVEN C. CARLSON (SBN 206451)
   E-Mail: scarlson@robinskaplan.com
9  KEVIN M. PASQUINELLI (SBN 246985)
   E-Mail: kpasquinelli@robinskaplan.com
10 **ROBINS KAPLAN LLP**
   2440 W. El Camino Real, Suite 100
11 Mountain View, California 94040
   Telephone: (650) 784-4040
12 Facsimile: (650) 784-4041

13 Attorneys for Defendants
   TOPCON MEDICAL SYSTEMS, INC. and
14 TOPCON HEALTHCARE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| CARL ZEISS MEDITEC, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TOPCON MEDICAL SYSTEMS, INC., TOPCON HEALTHCARE SOLUTIONS, INC., TOPCON CORPORATION, TOBIAS KURZKE, GREG HOFFMEYER, GENEVIEVE FAY, KATALIN SPENCER, TERRY KEITH BROCK, CHARLES GUIBORD, JR., JOSEPH CICCANESI, AND MICHAEL CHEN,<br><br>Defendants. | Case No. 4:19-cv-04162-SBA (LB)<br><br>**ORDER GRANTING TOPCON MEDICAL SYSTEMS, INC. AND TOPCON HEALTHCARE SOLUTIONS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>Date: November 10, 2021<br>Time: 2:00 p.m.<br>Place: 1301 Clay Street, Oakland, CA<br>Before: Hon. Saundra Brown Armstrong<br><br>Trial Date: October 3, 2022 |

Based on the papers submitted herein and for the compelling reasons shown, the Court grants Defendants Topcon Medical Systems, Inc. and Topcon Healthcare Solutions, Inc. (collectively "Topcon") Administrative Motion to File Documents Under Seal as to the following documents:

| EXHIBIT | PORTION TO BE SEALED | REASON FOR SEALING |
|---|---|---|
| Topcon's Opposition to Zeiss' Motion for Order to Show Cause Regarding Preliminary Injunction | Entire document | Contains Topcon's confidential business information, disclosure of which would release trade secrets of Topcon and cause competitive harm to Topcon.<br><br>Contains information that Zeiss alleges is Zeiss' confidential and sensitive business information, disclosure of which could release alleged trade secrets of Zeiss and may cause competitive harm to Zeiss. |
| Declaration of Arthur Kowalski in Support of the Opposition | Entire document | Contains Topcon's confidential business information, disclosure of which would release trade secrets of Topcon and cause competitive harm to Topcon.<br><br>Contains information that Zeiss alleges is Zeiss' confidential and sensitive business information, disclosure of which could release alleged trade secrets of Zeiss and may cause competitive harm to Zeiss. |
| Declaration of Tony Ko in Support of the Opposition | Entire document | Contains Topcon's confidential business information, disclosure of which would release trade secrets of Topcon and cause competitive harm to Topcon. |

| Exhibit | Portion to be Sealed | Reason for Sealing |
| --- | --- | --- |
| Declaration of Dr. Milan Sonka in Support of the Opposition | Entire document | Contains Topcon's confidential business information, disclosure of which would release trade secrets of Topcon and cause competitive harm to Topcon.<br><br>Contains information that Zeiss alleges is Zeiss' confidential and sensitive business information, disclosure of which could release alleged trade secrets of Zeiss and may cause competitive harm to Zeiss. |
| Declaration of Greg Hoffmeyer in Support of the Opposition | Entire document | Contains information that Topcon believes that Zeiss alleges is Zeiss' confidential and sensitive business information, disclosure of which could release alleged trade secrets of Zeiss and may cause competitive harm to Zeiss. |

**IT IS SO ORDERED.**

Dated: 6/10/2022

_Saundra B. Armstrong_     RS
Richard Seeborg for Saundra B. Armstrong
United States District Court Judge
For the Northern District of California