UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL ZEISS MEDITEC, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOPCON MEDICAL SYSTEMS, INC, TOPCON HEALTHCARE SOLUTIONS, INC., TOPCON CORPORATION, TOBIAS KURZKE, GREG HOFFMEYER, GENEVIEVE FAY, KATALIN SPENCER, TERRY KEITH BROCK, CHARLES GUIBORD, JR., JOSEPH CICCANESI, AND MICHAEL CHEN, <br><br> Defendants. | Case No. 4:19-cv-04162-SBA <br><br> **ORDER GRANTING PLAINTIFF CARL ZEISS MEDITEC INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Based on the papers submitted herein and for the compelling reasons shown, the Court hereby GRANTS Plaintiff Carl Zeiss Meditec, Inc.'s ("Zeiss") Administrative Motion to File Document Under Seal the un-redacted version of the Reply in Support of Motion for Order to Show Cause Regarding Preliminary Injunction.

| Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| Reply in Support of Motion for Order to Show Cause Regarding Preliminary Injunction | Pages 3, ln.3-5, 10, 11, 15 , 16, 18, 20, 21, 25-27; Page4, ln.1-3, 5-8; Page 5, ln.8-11; Page 6, ln.8-9, 11-12, 14-16, 19-20, 22-24, 26-27; Page 7, ln. 6-7, 14-15, 17, 25-27; Page 10, ln. 14-15; Page 12, ln. 8, 23-24; Page 13, ln. 10; Page 14. ln. 3, 7-8 | References confidential, business information designated by CZMI and Defendants that were previously designated in Dkt. Nos. 354 and 358 |

IT IS SO ORDERED.

Dated: 6/10/2022

_____ RS
Richard Seeborg for Saundra Brown Armstrong
United States District Judge