1  JASON A. GELLER (SBN 168149)
   E-Mail: jgeller@fisherphillips.com
2  PAUL GRECO, *admitted pro hac vice*
   E-Mail: pgreco@fisherphillips.com
3  ANTHONY M. ISOLA (SBN 274987)
   E-Mail: aisola@fisherphillips.com
4  BRANDON K. KAHOUSH (SBN 311560)
   E-Mail: bkahoush@fisherphillips.com
5  **FISHER & PHILLIPS LLP**
   One Embarcadero Center, Suite 2050
6  San Francisco, California 94111
   Telephone: (415) 490-9000
7  Facsimile: (415) 490-9001

8  Attorneys for Defendants
   TOPCON MEDICAL SYSTEMS, INC. and
9  TOPCON HEALTHCARE SOLUTIONS, INC.

10 GEORGE C. MILLER (SBN 259905)
   Email: gmiller@shufirm.com
11 KATHERINE S. BOWLES (SBN 272704)
   Email: kbowles@shufirm.com
12 **SHUSTAK REYNOLDS & PARTNERS, P.C.**
   401 West "A" Street, Suite 2200
13 San Diego, California 92101
   Telephone: (619) 696-9500
14 Facsimile: (619) 615-5290

15 Attorneys for Defendants
   TOBIAS KURZKE, GREG HOFFMEYER,
16 GENEVIEVE FAY, KATALIN SPENCER,
   TERRY KEITH BROCK, CHARLES GUIBORD, JR.,
17 JOSEPH CICCANESI and MICHAEL CHEN

18                UNITED STATES DISTRICT COURT

19       NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| 20  CARL ZEISS MEDITEC, INC., | Case No. 4:19-cv-04162-SBA (LB) |
| 21       Plaintiff, | |
| 22       vs. | [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND MODIFY SCHEDULING ORDER WITH MODIFICATIONS |
| 23  TOPCON MEDICAL SYSTEMS, INC., TOPCON HEALTHCARE SOLUTIONS, INC., TOPCON CORPORATION, TOBIAS KURZKE, GREG HOFFMEYER, GENEVIEVE FAY, KATALIN SPENCER, TERRY KEITH BROCK, CHARLES GUIBORD, JR., JOSEPH CICCANESI, AND MICHAEL CHEN, | |
| 24 | |
| 25 | N.D. CAL. L.R. 16-2(D) |
| 26 | |
| 27       Defendants. | |
| 28 | |

CASE NO. 4:19-CV-04162-SBA (LB)
[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND MODIFYING SCHEDULING ORDER
FP 42689403.1

Based on the papers submitted and for good cause shown, Defendants Topcon Medical Systems, Inc., Topcon Healthcare Solutions, Inc., Tobias Kurzke, Greg Hoffmeyer, Genevieve Fay, Katalin Spencer, Terry Keith Brock, Charles Guibord, Jr., Joseph Ciccanesi, and Michael Chen's (collectively, "Defendants") unopposed motion to continue the trial date and modify the scheduling order is granted.  The schedule is modified as follows:

| Event | Date |
|---|---|
| Expert Disclosures and Reports | Thursday, April 14, 2022 |
| Rebuttal Expert Disclosure and Report | Thursday, May 12, 2022 |
| Expert Discovery Cut-Off | Wednesday, June 8, 2022 |
| Deadline for Dispositive Motion | ~~Friday, July 1, 2022~~<br>Friday, August 5, 2022 |
| Dispositive Motion Hearing Deadline | Wednesday, September 14, 2022 |
| Pretrial Statement<br>Trial Briefs<br>Findings of Fact<br>Witness Lists<br>Exhibit Lists<br>Discovery Designations<br>Proposed Jury Instructions<br>Proposed Jury Voir Dire<br>Proposed Verdict Forms | Friday, October 21, 2022 |
| Motions in Limine Due<br>Objections to Evidence<br>Objections to Separately Proposed Jury Instructions | Friday, November 4, 2022 |
| Oppositions to Motions in Limine<br>Responses to Objections to Evidence | Friday, November 11, 2022 |
| Replies for Motion in Limine<br>Objections to Evidence (Optional) | Friday, November 18, 2022 |

| Event | Date |
|---|---|
| Pretrial Conference – 2nd Wednesday each month (Dkt. No. 263) | ~~Wednesday, December 21, 2022~~<br>Wednesday January 11, 2023 |
| Trial Date (6-7 days) | Tuesday, January 17, 2023<br>(Monday, January 16, 2023 is a holiday) |

**IT IS SO ORDERED.**

Dated: 6/10/2022

_Richard Seeborg for Saundra B. Armstrong_ RS
Richard Seeborg for Saundra B. Armstrong
United States District Court Judge
For the Northern District of California