UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL ZEISS MEDITEC, INC.**, <br> Plaintiff, <br> v. <br> **TOPCON MEDICAL SYSTEMS, INC.**, *et al.*, <br> Defendants. | Case No. 4:19-cv-04162-YGR <br><br> **PRETRIAL ORDER NO. 2** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Please be advised that the trial of this action will be trailing two felony criminal trials:

*United States of America v. Robert A. Justus*, 20-cr-265-2 YGR

*United States of America v. Daniel James*, 19-cr-043-1 YGR

Further the Court will be dark from October 16-27, 2023. Accordingly, if the above-referenced cases do not resolve, the trial of this action shall commence October 30, 2023. Parties should plan accordingly.

**IT IS SO ORDERED.**

Dated: August 16, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**